UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA KAHLER, | Case No. 2:19-CV-01913-WBS-CKD |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA INC. WITHOUT PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA INC., | |
| Defendants. | |

Pursuant to the stipulation of the parties, it is hereby ORDERED that Defendant Group Long Term Disability Plan for Employees for Oracle America Inc., only shall be dismissed without prejudice.

Dated: November 8, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER RE STIPULATION TO DISMISS GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA INC. WITHOUT PREJUDICE**