# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA KAHLER,<br><br>      Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>      Defendants. | Case No. 2:19-CV-01913-WBS-CKD<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' joint motion, this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs of suit and attorneys' fees

IT IS SO ORDERED.

Dated: March 30, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**1**
**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**